JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO JACQUEZ, WARDEN, et al.,<br><br>　　　　　Respondent. | Case No. CV 09-9168-ABC (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed without leave to amend, and Judgment shall be entered accordingly.

DATED: 2/5/2010

　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　HONORABLE AUDREY B. COLLINS
　　　　　　　　　　　　　　　Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge